# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

Robert P. Young, Jr.,
Chief Justice

143447

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHARLES MARTY KING,
     Defendant-Appellant.

SC: 143447
COA: 303438
Calhoun CC: 2006-003587-FC

_____/

On order of the Court, the application for leave to appeal the June 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
Clerk

h0227